NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

EUGENE S. ALKANA, ESQ., Bar No. 60411
Law Office of Eugene Alkana
131 N. El Molino Avenue, Suite 310
Pasadena, California 91101
626/796-8170 Telephone
626/795-6138 Facsimile
eugenealkana@mindspring.com

ATTORNEYS FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Living Assistance Services, Inc. d/b/a Visiting Angels | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | Case No. 12 Civ. 09002-DSF (JCx) |
| Visiting Angels Home Health Services, Inc. and Naira Tshorokhyan, Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Visiting Angels Home Health Services, Inc. and Naira Tshorokhyan,
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                           **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

NONE.

December 13, 2012                    /s/  Eugene S. Alkana
Date                                 Sign

                                     Eugene S. Alkana for Defendants Visiting Angels Home Health, et al.
                                     Attorney of record for or party appearing in pro per

CV-30 (04/10)                        NOTICE OF INTERESTED PARTIES