1  Yvette D. Roland (SBN 120311)
   Duane Morris LLP
2  865 South Figueroa Street
   Suite 3100
3  Los Angeles, CA 90017-5450
   Telephone: (213) 689-7400
4  Facsimile: (213) 689-7401
   Email address: ydroland@duanemorris.com
5
   and
6
   Gregory P. Gulia (*Pro Hac Vice*)
7  Vanessa C. Hew (*Pro Hac Vice*)
   DUANE MORRIS LLP
8  1540 Broadway
   New York, New York 10036-4086
9  Telephone: (212) 692-1000
   Facsimile: (212) 692-1020
10 Email: gpgulia@duanemorris.com
   Email: vchew@duanemorris.com
11

12 Attorneys for Plaintiff
   Living Assistance Services, Inc.
13 d/b/a Visiting Angels

14

15            IN THE UNITED STATES DISTRICT COURT

16         FOR THE CENTRAL DISTRICT OF CALIFORNIA

17

18 | LIVING ASSISTANCE SERVICES, INC. | ) | Case No.:  CV12-9002 DSF(JCx) |

d/b/a VISITING ANGELS,

19                Plaintiff,              ) **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING CONFERENCE**

20        v.

21 VISITING ANGELS HOME HEALTH
   SERVICES, INC. and
22 NAIRA TSHOROKHYAN

23            Defendants.

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING CONFERENCE.

DM2\4033134.2

1    WHEREAS, the Court has set a Scheduling Conference in the above-captioned

2    matter for January 28, 2013, at 11:00 a.m., located at the Roybal, 255 E. Temple

3    Street, Los Angeles, California, Courtroom 840, Los Angeles, California ("the

4    Scheduling Conference");

5        WHEREAS, Duane Morris partner, Yvette D. Roland (SBN 120311), has been

6    working on this matter and is available to appear in person at the Scheduling

7    Conference however, lead trial counsel, Gregory Gulia and Vanessa Hew are not

8    available to appear at the Scheduling Conference;

9        WHEREAS, the parties hereto, Plaintiff Living Assistance Services, Inc. d/b/a

10   Visiting Angels ("Plaintiff") and Defendants Visiting Angels Home Health Services,

11   Inc. and Naira Tshorokhyan ("Defendants"), by and through their attorneys of record,

12   stipulate to appearance at the Scheduling Conference of Yvette D. Roland in place of

13   Plaintiff's lead trial counsel; and

14       WHEREAS, due to the unavailability of Plaintiff's lead trial counsel and

15   based on the foregoing, the parties respectfully request that the Court allow Yvette D.

16   Roland to appear at the Scheduling Conference or, in the alternative, that the Court

17   continue or postpone the Scheduling Conference.

18

19   Dated: January _11_, 2013       Respectfully submitted,

                                     Law Office of Eugene S. Alkana
20
                                     By:_____
21                                        Eugene S. Alkana
                                     Attorneys for Defendants
22

23   Dated: January _11_, 2013       DUANE MORRIS LLP

24                                   By:_____
                                         Yvette D. Roland
25                                       Gregory P. Gulia
                                         Vanessa C. Hew
26                                   Attorneys for Plaintiff Living Assistance
                                     Services, Inc. d/b/a Visiting Angels
27

28

                                      2

              STIPULATION AND [PROPOSED] ORDER RE SCHEDULING CONFERENCE.

DM2\4033134.2