Yvette D. Roland (SBN 120311)
Duane Morris LLP
865 South Figueroa Street
Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email address: ydroland@duanemorris.com

and

Gregory P. Gulia (*Pro Hac Vice*)
Vanessa C. Hew (*Pro Hac Vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email: gpgulia@duanemorris.com
Email: vchew@duanemorris.com

Attorneys for Plaintiff
Living Assistance Services, Inc.
d/b/a Visiting Angels

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING ASSISTANCE SERVICES, INC. d/b/a VISITING ANGELS,<br><br>         Plaintiff,<br><br>    v.<br><br>VISITING ANGELS HOME HEALTH SERVICES, INC. and NAIRA TSHOROKHYAN<br><br>         Defendants. | Case No.: CV12-9002 DSF(JCx)<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING SCHEDULING CONFERENCE** |

Due to the unavailability of Plaintiff's lead trial counsel and based on the Stipulation submitted herewith, the Court enters the following order:

1) Yvette D. Roland may appear on behalf of Plaintiff Living Assistance Services, Inc. d/b/a Visiting Angels, at the January 28, 2013 Scheduling Conference in the above-captioned matter;

or

2) The January 28, 2013 Scheduling Conference in the above-captioned matter shall be continued/postponed to _____, at _____.

IT IS SO ORDERED.

Dated: January_____, 2013

_____
Honorable Dale Fischer
District Court Judge