Yvette D. Roland (SBN 120311)
DUANE MORRIS LLP
865 So. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Tel: (213) 689-7400
Fax: (213) 689-7401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Living Assistance Services, Inc. d/b/a Visiting Angels,

Plaintiff(s)

v.

Visiting Angels Home Health Services, Inc., et al.

Defendant(s).

CASE NUMBER:
CV12-9002-DSJ (JCx)

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

**CHECK ONLY ONE BOX:**

☒ The parties stipulate that _Jeffrey Kichaven_ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law: _____

Dated: February 13, 2013

/s/ Yvette D. Roland

Attorney For Plaintiff  Living Assistance Services, Inc. d/b/a Visiting Angels

Dated: _____

_____

Attorney For Plaintiff

Dated: February 13, 2013

/s/ Eugene Alkana

Attorney For Defendants  Visiting Angels Home Health Services, Inc. and Naira Tshorokhyan

Dated: _____

_____

Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

ADR-02 (01/12)  STIPULATION REGARDING SELECTION OF PANEL MEDIATOR  Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com