Yvette D. Roland (SBN 120311)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail: ydroland@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mail: gpgulia@duanemorris.com
E-mail: vchew@duanemorris.com

Attorneys for Plaintiff
Living Assistance Services, Inc.
d/b/a Visiting Angels

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING ASSISTANCE SERVICES, INC. d/b/a VISITING ANGELS<br><br>Plaintiff,<br><br>v.<br><br>VISITING ANGELS HOME HEALTH SERVICES, INC., et al.<br><br>Defendants. | Case No.: 2:12-cv-09002-DSF-JC<br><br>DECLARATION OF VANESSA C. HEW IN SUPPORT OF THE STIPULATION TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER |

I, Vanessa C. Hew, declare as follows:

1. I am an attorney at Duane Morris LLP, attorneys for plaintiff Living Assistance Services, Inc. d/b/a Visiting Angels ("Plaintiff") in the above-captioned action.

2. I submit this declaration pursuant to Judge Fischer's individual practices in support of the parties' Stipulation to Modify the Court's Scheduling and Case Management Order.

1

DECLARATION OF VANESSA C. HEW IN SUPPORT OF THE STIPULATION TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER

3. Plaintiff filed the Complaint in this matter on October 18, 2012 for (1) Federal Trademark Infringement; (2) Federal Unfair Competition and False Designation of Origin; (3) State Statutory Unfair Competition; (4) State Statutory Dilution; and (5) Common Law Unfair Competition.

4. Plaintiff has attempted to conduct discovery in this matter. On July 19, 2013, Plaintiff hand served its first set of discovery requests on Defendants' counsel, including Plaintiff's First Set of Requests for Production of Documents and Things, Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Admission.

5. Defendants' responses to Plaintiff's first set of discovery requests were due on August 19, 2013. However, on August 29, 2013, Kathleen Wilber, Defendants' counsel's legal assistant, advised that Defendant, Naira Tshorokhyan, was ill and unable to timely respond to Plaintiff's first set of discovery requests. To date, Defendants have not produced any documents or other responses in response to Plaintiff's discovery requests.

6. On October 4, 2013 and October 7, 2013, Plaintiff served a Rule 30(b)(6) Notice of Deposition on Defendant Visiting Angels Home Health Services, Inc. and a Rule 30(b)(1) Notice of Deposition on Defendant Naira Tshorokhyan.

7. Furthermore, the parties were scheduled to participate in a mediation on August 19, 2013. On August 13, 2013, Defendants' counsel cancelled the scheduled mediation stating that Defendant, Naira Tshorokhyan, had been unexpectedly hospitalized, had recently undergone surgery and consequently could not participate in the scheduled mediation because she was still under medical care.

8. To date, Defendants have not served any discovery requests or depositions notices in connection with this action.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this  11th  day of October, 2013 at New York, New York.

By: /s/ Vanessa C. Hew
Vanessa C. Hew *(admitted pro hac vice)*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mail: vchew@duanemorris.com

Attorney for Plaintiff
Living Assistance Services, Inc. d/b/a Visiting Angels

DM2\4518554.1

3
DECLARATION OF VANESSA C. HEW IN SUPPORT OF THE STIPULATION TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER