Eugene S. Alkana (SBN 60411)
LAW OFFICES OF EUGENE S. ALKANA
131 N El Molino Avenue
Pasadena, CA 91101-1873
Telephone: (626) 808-6792
E-mail: eugenealkana@yahoo.com

Attorney for Defendants
Visiting Angels Home Health Services, Inc. and
Naira Tshorokhyan

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING ASSISTANCE SERVICES, INC. d/b/a VISITING ANGELS<br><br>Plaintiff,<br><br>v.<br><br>VISITING ANGELS HOME HEALTH SERVICES, INC., et al.<br><br>Defendants. | Case No.: 2:12-cv-09002-DSF-JC<br><br>DECLARATION OF EUGENE S. ALKANA IN SUPPORT OF THE STIPULATION TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER |

I, Eugene S. Alkana, declare as follows:

1. I am an attorney at Law Offices of Eugene S. Alkana, attorney for defendants Visiting Angels Home Health Services, Inc. and Naira Tshorokhyan (collectively "Defendants") in the above-captioned action.

2. I submit this declaration pursuant to Judge Fischer's individual practices in support of the parties' Stipulation to Modify the Court's Scheduling and Case Management Order.

3. Defendant, Naira Tshorokhyan, has been unable to participate in this litigation due to an ongoing health condition and recent surgery.

1

4. The parties were scheduled to participate in a mediation on August 19, 2013. On August 13, 2013, I sent a letter to the mediator, Jeff Kichaven, cancelling the mediation scheduled on August, 19, 2013. In the letter, I advised Mr. Kichaven that Defendant, Naira Tshorokhyan, had been unexpectedly hospitalized and had undergone surgery and consequently could not participate in mediation because she was still under medical care.

5. On August 29, 2013, my legal assistant, Kathleen Wilber, advised Plaintiff's counsel that Defendant, Naira Tshorokhyan, was ill and unable to timely respond to Plaintiff's first set of discovery requests.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this \_\_11\_\_ day of October, 2013 at Pasadena, California.

By: _____
Eugene S. Alkana (SBN 60411)
LAW OFFICES OF EUGENE S. ALKANA
131 N El Molino Avenue
Pasadena, CA 91101-1873
Telephone: (626) 808-6792
Email: eugenealkana@yahoo.com

Attorney for Defendants
Visiting Angels Home Health Services, Inc. and Naira Tshorokhyan

DM2\4518567.1