Yvette D. Roland (SBN 120311)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail: ydroland@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mail: gpgulia@duanemorris.com
E-mail: vchew@duanemorris.com

Attorneys for Plaintiff
Living Assistance Services, Inc.
d/b/a Visiting Angels

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING ASSISTANCE SERVICES, INC. d/b/a VISITING ANGELS<br><br>Plaintiff,<br><br>v.<br><br>VISITING ANGELS HOME HEALTH SERVICES, INC., et al.<br><br>Defendants. | Case No.: 2:12-cv-09002-DSF-JC<br><br>PROPOSED ORDER TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER |

In accordance with the parties' stipulation dated October 11, 2013 and for good cause shown, the Court orders that the following dates are continued:

1. The trial date is continued from August 5, 2014 at 8:00 am to December 5, 2014 at 8:00 am;

2. The last date for hearing motions in *limine* and the pretrial conference date is continued from July 21, 2014 to November 24, 2014;

3. The date for lodging the Pretrial Conference Order and the date for filing the agreed upon set of jury instructions and verdict forms, joint statement regarding disputed instructions, verdicts, etc. and oppositions to motions in *limine* is continued from July 9, 2014 to November 10, 2014;

4. The date for filing a memorandum of contentions of fact and law, exhibit and witness lists, status report regarding settlement and motion in *limine* is continued from June 24, 2014 to October 24, 2014;

5. The last date for hearing motions LR 7 and the last date to amend pleadings or add parties is continued from October 21, 2013 to February 24, 2014;

6. The non-expert discovery cut-off is continued from October 21, 2013 to February 21, 2014;

7. The date for expert disclosures (initial) is continued from November 18, 2013 to March 18, 2014;

8. The date for expert disclosures (rebuttal) is continued from January 6, 2014 to May 6, 2014;

9. The expert discovery cut-off is continued from February 10, 2014 to June 10, 2014; and

10. The deadline to file a dispositive motion is continued from May 5, 2014 to September 5, 2014.

DATED: October ___, 2013

_____
Honorable Dale S. Fischer
District Court Judge