Yvette D. Roland (SBN 120311)
E-mail: ydroland@duanemorris.com
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401

Gregory P. Gulia (admitted *pro hac vice*)
E-mail: gpgulia@duanemorris.com
Vanessa C. Hew (admitted *pro hac vice*)
E-mail: vchew@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiff
Living Assistance Services, Inc.
d/b/a Visiting Angels

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LIVING ASSISTANCE SERVICES, INC. d/b/a VISITING ANGELS

Plaintiff,

v.

VISITING ANGELS HOME HEALTH SERVICES, INC., et al.

Defendants.

Case No.: 2:12-cv-09002-DSF-JC

AMENDED STIPULATION TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER

1. The parties hereto, Plaintiff Living Assistance Services, Inc. d/b/a Visiting Angels ("Plaintiff") and Defendants Visiting Angels Home Health Services, Inc. and Naira Tshorokhyan (collectively "Defendants"), by and through their attorneys of record, stipulate to and respectfully request the Court to modify the Scheduling and Case Management Order dated January 23, 2013 ("Scheduling Order") and continue the following dates and deadlines as set forth in the Proposed Scheduling Order:

      a.      The trial date presently set for August 5, 2014 at 8:00 am;

      b.      The date for hearing motions in *limine* and the Pretrial Conference date presently set for July 21, 2014;

      c.      The date for lodging the Pretrial Conference Order and the date for filing an agreed upon set of jury instructions and verdict forms; a joint statement regarding disputed instructions, verdicts, etc.; and oppositions to motions in *limine* presently set for July 9, 2014;

      d.      The date for filing the memo of contentions of fact and law; the status report regarding settlement; and motions in *limine* presently set for June 24, 2014;

      e.      The last date for hearing motions LR 7 and the last date to amend pleadings or add parties presently set for October 21, 2013;

      f.      The non-expert discovery cut-off presently set for October 21, 2013;

      g.      The date for expert disclosure (initial) presently scheduled for November 18, 2013;

      h.      The date for expert disclosure (rebuttal) presently scheduled for January 6, 2014;

      i.      The expert discovery cut-off presently set for February 10, 2014; and

      j.      The deadline to file a dispositive motion presently set for May 5, 2014.

2.      This request is the parties' second request to continue the dates set forth in the Scheduling Order. The parties' first request was filed on October 11, 2013 and was stricken. Pursuant to the Court's Order dated October 23, 2013, the parties have carefully reviewed the requirements set forth in the Court's Scheduling Conference Order, particularly Exhibit A. The parties hereby submit an Amended Stipulation To Modify The Court's Scheduling And Case Management Order and Proposed

Scheduling Order which comports with the requirements set forth in the Court's Scheduling Conference Order, particularly Exhibit A.

3. To date, the parties have not previously been granted an extension of the deadlines set forth in the Court's Scheduling and Case Management Order.

4. The parties request to continue the dates as set forth in the Proposed Scheduling Order because Defendant, Naira Tshorokhyan, has been unable to participate in this litigation due to an ongoing health condition and recent surgery. Accordingly, there is good cause supporting continuance of the dates as set forth in the Proposed Scheduling Order.

5. Plaintiff filed the Complaint in this matter on October 18, 2012 for (1) Federal Trademark Infringement; (2) Federal Unfair Competition and False Designation of Origin; (3) State Statutory Unfair Competition; (4) State Statutory Dilution; and (5) Common Law Unfair Competition. Defendants filed their Answer to the Complaint on November 9, 2012. The Court entered the Scheduling Order setting forth the dates described above on January 23, 2013.

6. Plaintiff has attempted to diligently prosecute this matter and conduct discovery. Specifically, on July 19, 2013 Plaintiff hand served its first set of discovery requests on Defendants' counsel, including Plaintiff's First Set of Requests for Production of Documents and Things, Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Admission. In addition, Plaintiff served a Rule 30(b)(6) Notice of Deposition on Defendant Visiting Angels Home Health Services, Inc. and a Rule 30(b)(1) Notice of Deposition on Defendant Naira Tshorokhyan.

7. Defendant, Naira Tshorokhyan, has been unable to participate in this litigation due to an ongoing health condition and recent surgery. Defendants' responses to Plaintiff's first set of discovery requests were due on August 19, 2013. On August 29, 2013, approximately one week after Defendants' discovery responses were due, Kathleen Wilber, Defendants' counsel's legal assistant, advised that Defendant, Naira Tshorokhyan, was ill and unable to timely respond to Plaintiff's first

set of discovery requests. To date, Defendants have not produced any documents or other responses in response to Plaintiff's discovery requests.

8. Furthermore, pursuant to the Court's October 18, 2012 Order, the parties were scheduled to participate in a mediation on August 19, 2013. On August 13, 2013, Defendants' counsel cancelled the scheduled mediation stating that Defendant, Naira Tshorokhyan, had been unexpectedly hospitalized and had undergone surgery and consequently could not participate in the scheduled mediation because she was still under medical care.

9. Moreover, Defendants did not submit a mediation statement in connection with the mandatory mediation scheduled for August 19, 2013.

10. To date, Defendants have not served any discovery requests or depositions notices in connection with this action.

11. In light of the foregoing, the parties need additional time to complete discovery and prepare for trial. Due to Defendant Naira Tshorokhyan's medical issues, the parties anticipate that they will need at least four additional months to complete fact discovery. The current discovery cut-off dates and related pre-trial dates do not afford sufficient time to complete discovery and prepare for trial.

12. In addition, the deadline to participate in mandatory mediation is November 18, 2013. The parties hope to amicably resolve the matter through mandatory mediation.

13. Accordingly, the parties, by and through their attorneys of record, hereby stipulate and request that the aforementioned dates set forth in the Court's Scheduling Order be continued as set forth in the Proposed Scheduling Order.

DATED: October 24, 2013

Respectfully submitted,

By: /s/ Yvette D. Roland

Yvette D. Roland (SBN 120311)
E-mail: ydroland@duanemorris.com
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401

Gregory P. Gulia (admitted *pro hac vice*)
E-mail: gpgulia@duanemorris.com
Vanessa C. Hew (admitted *pro hac vice*)
E-mail: vchew@duanemorris.com
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiff
Living Assistance Services, Inc. d/b/a Visiting Angels

DATED: October 24, 2013

By: /s/ Eugene Alkana

Eugene Alkana (SBN 60411)
E-mail: eugenealkana@yahoo.com
131 N El Molino Avenue
Pasadena, CA 91101-1873
Telephone: (626) 808-6792
Facsimile: (626) 795-6138

Attorney for Defendants
Visiting Angels Home Health Services, Inc. and Naira Tshorokhyan

DM2\4555540.1