Yvette D. Roland (SBN 120311)
E-mail: ydroland@duanemorris.com
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401

Gregory P. Gulia (admitted *pro hac vice*)
E-mail: gpgulia@duanemorris.com
Vanessa C. Hew (admitted *pro hac vice*)
E-mail: vchew@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiff
Living Assistance Services, Inc.
d/b/a Visiting Angels

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING ASSISTANCE SERVICES, INC. d/b/a VISITING ANGELS<br><br>Plaintiff,<br><br>v.<br><br>VISITING ANGELS HOME HEALTH SERVICES, INC., et al.<br><br>Defendants. | Case No.: 2:12-cv-09002-DSF-JC<br><br>DECLARATION OF VANESSA C. HEW IN SUPPORT OF THE AMENDED STIPULATION TO MODIFY THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER |

I, Vanessa C. Hew, declare as follows:

1. I am an attorney at Duane Morris LLP, attorneys for plaintiff Living Assistance Services, Inc. d/b/a Visiting Angels ("Plaintiff") in the above-captioned action.

2. I submit this declaration pursuant to Judge Fischer's individual practices in support of the parties' Amended Stipulation to Modify the Court's Scheduling and Case Management Order ("Amended Stipulation").

3. Plaintiff filed the Complaint in this matter on October 18, 2012 for (1) Federal Trademark Infringement; (2) Federal Unfair Competition and False

1

Designation of Origin; (3) State Statutory Unfair Competition; (4) State Statutory Dilution; and (5) Common Law Unfair Competition.

4. Plaintiff has attempted to conduct discovery in this matter. On July 19, 2013, Plaintiff hand served its first set of discovery requests on Defendants' counsel, including Plaintiff's First Set of Requests for Production of Documents and Things, Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Admission.

5. Defendants' responses to Plaintiff's first set of discovery requests were due on August 19, 2013. However, on August 29, 2013, Kathleen Wilber, Defendants' counsel's legal assistant, advised that Defendant, Naira Tshorokhyan, was ill and unable to timely respond to Plaintiff's first set of discovery requests. To date, Defendants have not produced any documents or other responses in response to Plaintiff's discovery requests.

6. On October 4, 2013 and October 7, 2013, Plaintiff served a Rule 30(b)(6) Notice of Deposition on Defendant Visiting Angels Home Health Services, Inc. and a Rule 30(b)(1) Notice of Deposition on Defendant Naira Tshorokhyan.

7. Furthermore, the parties were scheduled to participate in a mediation on August 19, 2013. On August 13, 2013, Defendants' counsel cancelled the scheduled mediation stating that Defendant, Naira Tshorokhyan, had been unexpectedly hospitalized, had recently undergone surgery and consequently could not participate in the scheduled mediation because she was still under medical care.

8. To date, Defendants have not served any discovery requests or deposition notices in connection with this action.

9. This request is the parties' second request to continue the dates set forth in the Scheduling Order. The parties' first request was filed on October 11, 2013 and stricken for failure to deliver a mandatory courtesy copy to Chambers in compliance with Local Rule 5-4.5 and the Court's standing order. The Court also instructed

Counsel to review the Court's Scheduling Conference Order and, in particular, Exhibit A to make sure any future requests comply with the Court's requirements.

10. The parties made a good faith attempt to comply with the Local Rule 5-4.5 and the Court's standing order by requesting that Apex Attorney Services deliver a courtesy copy of the parties' Stipulation to Modify the Court's Scheduling and Case Management Order and accompanying documents to Chambers by noon of the following business day. Attached hereto as Exhibit 1 is a copy of the request that was submitted to Apex Attorney Services.

11. The parties take notice of the Court's instructions and have carefully reviewed the requirements set forth in the Court's Scheduling Conference Order, particularly Exhibit A. The parties hereby submit an Amended Stipulation and Proposed Scheduling Order which comports with the requirements set forth in the Court's Scheduling Conference Order.

12. To date, the parties have not previously been granted an extension of the deadlines set forth in the Court's Scheduling and Case Management Order.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 24th day of October, 2013 at New York, New York.

By: _____
Vanessa C. Hew (admitted *pro hac vice*)
E-mail: vchew@duanemorris.com
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorney for Plaintiff
Living Assistance Services, Inc. d/b/a Visiting Angels

DM2\4556530.1