# Exhibit 1

EXHIBIT 1 PAGE 5

38

| APEX ATTORNEY SERVICES | TEL (213) 488-1500 • (310) 300-1200 FAX (213) 488-1550 ☐ SPECIAL ☑ REGULAR ☐ OUT OF COUNTY ☐ SCH. P/U | DATE: 10/14/13 CONF. NO: 273,811 REF. NO: Y0004-00001 |
|---|---|---|

| CLIENT: DUANE MORRIS LLP 865 S. Figueroa Street, #3100 Los Angeles CA 90017 213 689-7400 | ☑ COURT FILING: ☐ SERVICE OF PROCESS ☐ INDEX/DOC. RESEARCH ☐ OTHER COURT: USDC - Central (Roybal) Dale Fischer CASE NAME: Living Assistance v. Visiting Angels Home Health |
| ATTY/SEC: Thompson/Greta EXT. NO: 74-7418 | CASE NO: FILE/COPY DOC(S) BY: |
| DOCUMENTS TO FILE/ SERVE/COPY: Stipulation | SERVE: (Please indicate name exactly as it should appear on proof of service). |
| | BEST TIME: LAST DAY TO SERVE: |
| | ADDRESS (ES): |
| SPECIAL INSTRUCTIONS: Please deliver to Dale Fischer's chambers box by 12:00 on Tuesday | PHONE: OK TO SUB-SERVE? YES ☐ NO ☐ DESCRIPTION: |
| FILING FEE: $ WITNESS FEE: $ COPY FEE: $ CHECK NO: CHECK WRITTEN BY: ☐ CLIENT ☐ APEX | PERSON SERVED/TITLE: SERVER: DATE/TIME SERVED: |

| COURT FILING | SERVICE OF PROCESS | INDEX / DOC. RESEARCH | WAITING TIME STAKE OUT | MILEAGE | FEES ADVANCED | CHECK CHARGE | SPECIAL HANDLING | OTHER | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 25— |

RECIPIENT'S NAME: _____ SIGNATURE: _____
WHITE - APEX COPY  GOLD - CLIENT COPY

11:00 AM

4
Exhibit 1

EXHIBIT ___1___ PAGE ___6___